# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 207

| | |
|---|---|
| NOEL WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CROWDER CONSTRUCTION CO. INC. ) | |
| and CROWDER INDUSTRIAL ) | |
| CONSTRUCTION, LLC, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 9] filed by Jenny L. Sharpe, counsel for Plaintiff.

Upon review of the motion, it appears Brian P. Murphy is a member in good standing with the South Carolina Bar and will be appearing with Jenny L. Sharpe, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 9]. The Court **ADMITS** Brian P. Murphy to practice *pro hac vice* before the Court while associated with local counsel.

Signed: September 7, 2018

Dennis L. Howell
United States Magistrate Judge