IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 207

| | |
|---|---|
| NOEL WOOD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CROWDER CONSTRUCTION CO. INC. ) | |
| and CROWDER INDUSTRIAL ) | |
| CONSTRUCTION, LLC, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court upon the Motion for Admission Pro Hac Vice and Affidavit (# 13) filed by H. Bernard Tisdale, III. Upon review of the Motion, it appears that Mr. Tisdale is local counsel for Defendants and a member in good standing of the Bar of this Court and that he seeks the admission of Matthew K. Johnson, who is a member in good standing of the South Carolina Bar. It further appears that the requisite admission fee has been paid.

Accordingly, the Court **GRANTS** the Motion (# 13) and **ADMITS** Matthew K. Johnson to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: November 6, 2018

W. Carleton Metcalf
United States Magistrate Judge