# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 CV 207

| | |
|---|---|
| **NOEL WOOD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **CROWDER CONSTRUCTION CO. INC.** ) | |
| **and CROWDER INDUSTRIAL** ) | |
| **CONSTRUCTION, LLC,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

This matter is before the Court on Plaintiff's Motion to Compel Responses (Doc. 17).

The Motion is deficient in certain respects. While some reference is made to discussions with opposing counsel, the Motion does not include specific certifications pursuant to Local Civil Rule 7.1(b) and Rule 37 of the Federal Rules of Civil Procedure. In addition, though the Motion contains citations to authorities, no supporting brief has been submitted as required by the Local Rules. Also, the Motion fails to comply with the Court's Pretrial Order and Case Management Plan, which requires that "a party shall, before filing a disputed motion for an order relating to discovery, request a conference with the magistrate judge." Pretrial Order (Doc. 12) at 4-5.

Accordingly, the Motion will be denied without prejudice and a conference will be scheduled.

**IT IS THEREFORE ORDERED THAT** Plaintiff's Motion to Compel Responses (Doc. 17) is **DENIED WITHOUT PREJUDICE**.

Signed: May 8, 2019

W. Carleton Metcalf
United States Magistrate Judge