IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 207

| | | |
|---|---|---|
| NOEL WOOD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CROWDER CONSTRUCTION CO. INC. | ) | |
| and CROWDER INDUSTRIAL | ) | |
| CONSTRUCTION, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court on Plaintiff's Renewed Motion to Compel Responses to First Set of Interrogatories and Requests for Production of Documents (Doc. 19).

The Court held a hearing on the Motion on June 24, 2019. Attorney Jenny Sharpe appeared for Plaintiff and attorney Matthew Johnson appeared for Defendants. Having considered the Motion, the parties' briefs and written submissions, and applicable law, and having received the oral arguments of counsel during the hearing, the Court is of the opinion that the Motion should be allowed.[1]

---

[1] The Motion is deemed to be moot with respect to issues that were raised initially and subsequently resolved or identified as not requiring a ruling at this time.

Accordingly, and as stated on the record, Plaintiff's Renewed Motion to Compel Responses to First Set of Interrogatories and Requests for Production of Documents (Doc. 19) is **GRANTED** as follows:

1. Defendants shall serve supplemental answers and responses to **Interrogatories 2 and 3 and Request for Production 18** covering the period from March 1, 2017 to and including one year following the conclusion of Plaintiff's employment.

2. Defendants shall serve supplemental answers to **Interrogatory 5** covering the period from March 1, 2017 to and including one year following the conclusion of Plaintiff's employment.

3. Defendants shall serve supplemental answers to **Interrogatory 6** covering the period from April 1, 2017 through April 20, 2017.

4. Defendants shall serve supplemental answers to **Interrogatories 15 – 17.**

5. Defendant Crowder Construction Co. Inc. shall serve a supplemental response to **Request for Production 15**.

6. Defendant Crowder Industrial Construction, LLC shall serve a supplemental response to **Request for Production 16** that is not limited by worksite. Defendant Crowder Construction Co., Inc. shall serve a supplemental response to **Request for Production 16** as to the Cliffside Steam Station and Lee Steam Station sites only.

Defendants' supplemental responses shall cover the period from July 1, 2015 through and including one year following the conclusion of Plaintiff's employment.

7. Defendants shall serve the supplemental answers and responses directed herein on or before **July 15, 2019**.

8. Plaintiff has not requested an award of expenses in relation to the Motion to Compel and such an award will not otherwise be made at this time. If, however, Defendants fail to supplement their answers and responses as directed herein, Plaintiff may seek an award of all related expenses pursuant to Rule 37(a) of the Rules of Civil Procedure.

Signed: June 25, 2019

W. Carleton Metcalf
United States Magistrate Judge