IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 207

| NOEL WOOD, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **AMENDED** |
| v. | ) | **ORDER** |
| | ) | |
| CROWDER CONSTRUCTION CO. INC. and CROWDER INDUSTRIAL CONSTRUCTION, LLC, | ) | |
| Defendants. | ) | |

This matter is before the Court for clarification of its prior Order regarding Plaintiff's Renewed Motion to Compel Responses to First Set of Interrogatories and Requests for Production of Documents.

The Court held a hearing on the Motion on June 24, 2019. An Order was entered on June 25, 2019 granting the Motion (Doc. 24) ("June 25 Order"). Subsequently, Defendants requested clarification of the ruling with regard to Request for Production of Documents 18, and Plaintiff filed the Second Declaration of Darrin M. Vander Toorn (Doc. 26). A second hearing was therefore conducted on July 3, 2019. Attorney Brian Murphy appeared for Plaintiff and attorney Matthew Johnson appeared for Defendants.

Having further considered the Motion as it relates to Request for Production of Documents 18 and the parties' additional arguments, the Court is of the opinion that the June 25 Order should be clarified in part.

Accordingly, and as stated on the record, the June 25 Order is **AMENDED** as follows:

1. Defendants shall serve supplemental responses to **Request for Production 18**. The responses shall cover the period from April 1, 2017 to and including one year following the conclusion of Plaintiff's employment and shall reflect the territorial scope stated in the Request.

2. Defendants shall serve the supplemental answers and responses directed by the June 25 Order and herein on or before **July 22, 2019**.

3. All other provisions of the June 25 Order remain in effect.

Signed: July 3, 2019

W. Carleton Metcalf
United States Magistrate Judge